David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
Kristine E. Kruger, Bar No. 253593
KKruger@perkinscoie.com
Thomas N. Abbott, Bar No. 245568
TAbbott@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant
Caliber Home Loans, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH SCHICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC., DRIVING FORCE MEDIA, and BARRY GABSTER,<br><br>Defendants. | Case No. 3:20-cv-00617-VC<br><br>DECLARATION OF THOMAS N. ABBOTT IN SUPPORT OF DEFENDANT CALIBER HOME LOANS, INC.'S MOTION TO STAY DISCOVERY<br><br>Date:     May 21, 2020<br>Time:     10:00 a.m.<br>Judge:    Hon. Vince Chhabria<br>Location: Courtroom 4 – 17th Floor |

-1-

I, Thomas N. Abbott, do depose and say:

1. I am an attorney with Perkins Coie LLP, and I am one of the attorneys representing defendant Caliber Home Loans, Inc. ("Caliber") in this matter. I make this declaration based on personal knowledge.

2. Attached hereto as **Exhibit A** is a true and correct copy of plaintiff Deborah Schick's First Set of Interrogatories (Nos. 1-18) and First Set of Requests for Production (Nos. 1-51). The discovery was served by mail on April 3, 2020 with responses due on May 7, 2020. The parties agreed to a 15-day extension of time to respond, putting the response deadline at May 22, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 16th day of April, 2020, at San Francisco, California.

/S/ Thomas N. Abbott
Thomas N. Abbott

# **PROOF OF SERVICE**

I, Matthew Walkup, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 505 Howard Street, Suite 1000, San Francisco, California 94105-3204.

On April 16, 2020, I electronically filed the attached document:

> DECLARATION OF THOMAS N. ABBOTT IN SUPPORT OF DEFENDANT CALIBER HOME LOANS, INC.'S MOTION TO STAY DISCOVERY

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

| | |
|---|---|
| Edward A. Broderick<br>Broderick Law, P.C.<br>99 High Street, Suite 304<br>Boston, MA 02110<br>(617) 738-7080<br>(617) 830-0327 (fax)<br>ted@broderick-law.com | *Attorneys for Plaintiff*<br>Debora Schick |
| Jon Bernhard Fougner<br>600 California Street, 11th Floor<br>San Francisco, CA 94108<br>(415) 577-5829<br>(206) 338-0783 (fax)<br>Jon@FougnerLaw.com | *Attorneys for Plaintiff*<br>Debora Schick |
| Andrew Heidarpour<br>Heidarpour Law Firm, PLLC<br>1300 Pennsylvania Avenue NW, 190-318<br>Washington, DC 20004<br>(202) 234-2727<br>AHeidarpour@HLFirm.com | *Attorneys for Plaintiff*<br>Debora Schick |
| Matthew Passi McCue<br>The Law Office of Matthew P. McCue<br>1 South Avenue, Suite 3<br>Natick, MA 01760<br>(508) 655-1415<br>(508) 319-3077 (fax)<br>mmccue@massattorneys.net | *Attorneys for Plaintiff*<br>Debora Schick |

| | |
|---|---|
| Anthony I. Paronich<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>(617) 485-0018<br>(617) 830-0327 (fax)<br>anthony@paronichlaw.com | *Attorneys for Plaintiff*<br>Debora Schick |
| Debbie Paulerio Kirkpatrick<br>Sessions Fishman Nathan & Israel, LLP<br>1545 Hotel Circle South, Suite 150<br>San Diego, CA 92108<br>(619) 758-1891<br>(619) 296-2013 (fax)<br>dkirkpatrick@sessions.legal | *Attorneys for Defendants*<br>Driving Force Media and<br>Barry Gabster |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 16, 2020, at San Francisco, California.

*/s/ Matthew Walkup*
Matthew Walkup

147835957.1