UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH SCHICK,<br><br>      Plaintiff,<br><br>    v.<br><br>CALIBER HOME LOANS, INC., et al.,<br><br>      Defendants. | Case No. 20-cv-00617-VC<br><br>**SCHEDULING ORDER**<br>Re: Dkt. No. 43 |

The court adopts the following schedule as proposed by the parties in Dkt. No. 43:

| Event | Date |
|---|---|
| Discovery commences, including but not limited to subpoena practice to obtain call records and ATDS discovery | April 15, 2020 |
| Last day to join other parties and to amend pleadings | August 3, 2020 |
| Last day to exchange Federal Rule of Civil Procedure 26(a)(2) expert witness disclosures re: individual claims | October 2, 2020 |
| Last day to exchange expert witness rebuttal reports re: individual claims | November 2, 2020 |
| Discovery cut-off | December 4, 2020 |
| **MSJs re: individual claims:** | |
| Opening Briefs on Parties' Motions for Summary Judgment Due to be Filed | December 22, 2020 |
| Oppositions to Parties' Motions for Summary Judgment Due to be Filed | January 5, 2021 |
| Reply Briefs in Support of Parties' Motions for Summary Judgment Due to be Filed | January 12, 2021 |
| Hearing | January 28, 2021 at 10:00 a.m. |

**IT IS SO ORDERED.**

Dated: May 8, 2020

_____

VINCE CHHABRIA
United States District Judge