David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
Kristine E. Kruger, Bar No. 253593
KKruger@perkinscoie.com
Thomas N. Abbott, Bar No. 245568
TAbbott@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA  94105-3204
Telephone:  415.344.7000
Facsimile:  415.344.7050

Attorneys for Defendant
Caliber Home Loans, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH SCHICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC., DRIVING FORCE MEDIA, and BARRY GABSTER,<br><br>Defendants. | Case No. 3:20-cv-00617-VC<br><br>**PARTIES' AMENDED STIPULATED REQUEST TO EXTEND CASE DEADLINES** |

Pursuant to Local Civil Rule 6-3 and 7-12, and the Court's Order for Refiling (Dkt. No. 66), Plaintiff Deborah Schick and Defendants Caliber Home Loans, Inc., Driving Force Media and Barry Gabster ("Parties"), through their attorneys, hereby stipulate to extend the following case deadlines:

-1-

| Event | Current Deadline | New Deadline |
|---|---|---|
| **Last day to exchange Federal Rule of Civil Procedure 26(a)(2) expert witness disclosures re: parties' individual claims** | October 2, 2020 | January 8, 2021 |
| **Last day to exchange rebuttal expert witness disclosures re: parties' individual claims** | November 2, 2020 | February 12, 2021 |
| **Discovery Cutoff** | December 4, 2020 | March 12, 2021 |
| **Plaintiff's Motion for Summary Judgment (25 pages)** | December 10, 2020 | March 18, 2021 |
| **Defendants' Opposition to Plaintiff's Motion for Summary Judgment (25 pages)** | December 24, 2020 | April 1, 2021 |
| **Defendants' Motion(s) for Summary Judgment (25 pages)** | December 24, 2020 | April 1, 2021 |
| **Plaintiff's Opposition(s) to Defendants' Motion(s) for Summary Judgment (20 pages)** | January 7, 2021 | April 15, 2021 |
| **Plaintiff's Reply in support of Motion for Summary Judgment (20 pages)** | January 7, 2021 | April 15, 2021 |
| **Defendants' Reply in support of Motion for Summary Judgment (15 pages)** | January 14, 2021 | April 29, 2021 |
| **Hearing on Parties' Dispositive Motions** | January 28, 2021 at 10:00 a.m. PST | May 13, 2021 at 10:00 a.m. PST |

The Parties declare the following in support of the extension:

1.      WHEREAS on April 15, 2020, the Parties filed a Joint Case Management Statement and [Proposed] Order setting forth proposed case deadlines. (*See* Dkt. No. 31.)

2.      WHEREAS Pursuant to the Court's Order at the April 22, 2020 Initial Case Management Conference, the Parties submitted a Supplemental Joint Case Management Statement on May 5, 2020 with a revised proposed schedule. (*See* Dkt. No. 43.)

-2-

1    3.      WHEREAS in a Scheduling Order dated May 8, 2020, the Court adopted the

2    scheduling order proposed in Dkt. No. 43. (*See* Dkt. No. 45.)

3    4.      WHEREAS on July 29, 2020, the Parties submitted a Further Case Management

4    Statement ahead of the Case Management Conference set for August 5, 2020. (*See* Dkt. No. 51.)

5    This Case Management Statement included the fact that the "Plaintiff anticipates moving to

6    amend her complaint by the August 3, 2020 deadline to include a defendant that discovery has

7    revealed is involved in the calling conduct at issue, NexLevel Direct, LLC," and that the

8    "addition of this new party may result in the parties requesting an extension of time to complete

9    discovery under the Court's current Scheduling Order." (*Id.*)

10    5.      WHEREAS on August 3, 2020, the Plaintiff filed a First Amended Complaint

11    adding new defendant NexLevel Direct, LLC.

12    6.      WHEREAS pursuant to the Court's instruction at the August 5th Case

13    Management Conference, the Parties submitted a Corrected Joint Case Management Statement

14    modifying the briefing schedule of dispositive motions. (Dkt. No. 58.)

15    7.      WHEREAS on August 10, 2020, the Court entered the parties' jointly proposed

16    revised schedule as to dispositive motions. (Dkt. No. 59.)

17    8.      WHEREAS because there has been a newly added defendant, the parties now

18    propose to modify the schedule to extend discovery and all remaining deadlines for the purpose of

19    allowing time for the parties to conduct discovery as to the newly filed defendant.

20    9.      NOW, THEREFORE, THE PARTIES HEREBY JOINTLY REQUEST, through

21    their undersigned counsel of record, that the case deadlines be modified as set forth herein.

22

23

24

25

26

27

28

-3-

1   RESPECTFULLY SUBMITTED AND DATED this 25th day of September 2020.

2   SO STIPULATED BY:

3                             By: *Jon B. Fougner*

4                             Edward A. Broderick, *Pro Hac Vice*
    ted@broderick-law.com

5                             BRODERICK LAW, P.C.
    99 High Street, Suite 304

6                             Boston, Massachusetts 02110
    Telephone: (617) 738-7080

7                             Facsimile: (617) 830-0327

8

9                             Andrew W. Heidarpour, *Pro Hac Vice*
    aheidarpour@hlfirm.com

10                           HEIDARPOUR LAW FIRM, PPC
    1300 Pennsylvania Avenue NW, 190-318

11                           Washington, District of Columbia 20004
    Telephone: (202) 234-2727

12

13                             Matthew P. McCue, *Pro Hac Vice*
    mmccue@massattorneys.net

14                           THE LAW OFFICE OF MATTHEW P. MCCUE
    1 South Avenue, Suite 3

15                           Natick, Massachusetts 01760
    Telephone: (508) 655-1415

16                           Facsimile: (508) 319-3077

17                             Anthony I. Paronich, *Pro Hac Vice*
    anthony@paronichlaw.com

18                           PARONICH LAW, P.C.

19                           350 Lincoln Street, Suite 2400
    Hingham, Massachusetts 02043

20                           Telephone: (617) 738-7080
    Facsimile: (617) 830-0327

21

22                           *Attorneys for Plaintiff Deborah Schick and the*
    *Proposed Classes*

23

24

25

26

27                            -4-

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PERKINS COIE LLP

By: /s/ Thomas N. Abbott
David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
Kristine E. Kruger, Bar No. 253593
KKruger@perkinscoie.com
Thomas N. Abbott, Bar No. 245568
TAbbott@perkinscoie.com
Perkins Coie LLP
505 Howard Street, Suite 1000
San Francisco, CA  94105-3204
Telephone:  415.344.7000
Facsimile:  415.344.7050

*Attorneys for Defendant Caliber Home Loans, Inc.*

/s/ Debbie P. Kirkpatrick
Debbie P. Kirkpatrick
dkirkpatrick@sessions.legal
Sessions, Fishman, Nathan & Israel, LLP
1545 Hotel Circle South, Suite 150
San Diego, California 92108
Telephone: (619)758-1891

*Attorneys for Defendants Barry Gabster and Driving Force Media*

-5-

PARTIES' STIPULATED AMENDED REQUEST TO EXTEND CASE DEADLINES
CASE NO. 4:20-CV-0617-VC

149642207.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

I, Kate Johnson, declare:

I am a citizen of the United States and employed in King County, Washington. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1201 Third Avenue, Suite 4900, Seattle, WA 98101-3099.

On September 25, 2020, I electronically filed the attached document:

PARTIES' AMENDED STIPULATED REQUEST TO EXTEND CASE DEADLINES

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

| | |
|---|---|
| Edward A. Broderick | *Attorneys for Plaintiff* |
| Broderick Law, P.C. | Debora Schick |
| 99 High Street, Suite 304 | |
| Boston, MA 02110 | |
| (617) 738-7080 | |
| (617) 830-0327 (fax) | |
| ted@broderick-law.com | |
| | |
| Jon Bernhard Fougner | *Attorneys for Plaintiff* |
| 600 California Street, 11th Floor | Debora Schick |
| San Francisco, CA 94108 | |
| (415) 577-5829 | |
| (206) 338-0783 (fax) | |
| Jon@FougnerLaw.com | |
| | |
| Andrew Heidarpour | *Attorneys for Plaintiff* |
| Heidarpour Law Firm, PLLC | Debora Schick |
| 1300 Pennsylvania Avenue NW, 190-318 | |
| Washington, DC 20004 | |
| (202) 234-2727 | |
| AHeidarpour@HLFirm.com | |
| | |
| Matthew Passi McCue | *Attorneys for Plaintiff* |
| The Law Office of Matthew P. McCue | Debora Schick |
| 1 South Avenue, Suite 3 | |
| Natick, MA 01760 | |
| (508) 655-1415 | |
| (508) 319-3077 (fax) | |
| mmccue@massattorneys.net | |

-6-

| | | |
|---|---|---|
| 1 | Anthony I. Paronich | *Attorneys for Plaintiff* |
| 2 | Paronich Law, P.C. | Debora Schick |
| | 350 Lincoln Street, Suite 2400 | |
| 3 | Hingham, MA 02043 | |
| | (617) 485-0018 | |
| 4 | (617) 830-0327 (fax) | |
| 5 | anthony@paronichlaw.com | |
| 6 | Debbie Paulerio Kirkpatrick | *Attorneys for Defendants* |
| | Sessions Fishman Nathan & Israel, LLP | Driving Force Media and |
| 7 | 1545 Hotel Circle South, Suite 150 | Barry Gabster |
| | San Diego, CA 92108 | |
| 8 | (619) 758-1891 | |
| 9 | (619) 296-2013 (fax) | |
| | dkirkpatrick@sessions.legal | |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 25, 2020, at Seattle, Washington.

*/s/ Kate Johnson*
_____
Kate Johnson, Legal Practice Assistant

PARTIES' STIPULATED AMENDED REQUEST TO EXTEND CASE DEADLINES
CASE NO. 4:20-CV-0617-VC

149642207.1