UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH SCHICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC., DRIVING FORCE MEDIA, and BARRY GABSTER,<br><br>Defendants. | Case No. 3:20-cv-00617-VC<br><br>**[PROPOSED] ORDER GRANTING PARTIES' AMENDED STIPULATED REQUEST TO EXTEND CASE DEADLINES** |

The Court adopts the following amended schedule as proposed by the parties in Dkt. No. 67.

| Event | Date |
|---|---|
| **Last day to exchange Federal Rule of Civil Procedure 26(a)(2) expert witness disclosures re: parties' individual claims** | January 8, 2021 |
| **Last day to exchange rebuttal expert witness disclosures re: parties' individual claims** | February 12, 2021 |
| **Discovery Cutoff** | March 12, 2021 |

-1-

| | |
|---|---|
| **Plaintiff's Motion for Summary Judgment (25 pages)** | March 18, 2021 |
| **Defendants' Opposition to Plaintiff's Motion for Summary Judgment (25 pages)** | April 1, 2021 |
| **Defendants' Motion(s) for Summary Judgment (25 pages)** | April 1, 2021 |
| **Plaintiff's Opposition(s) to Defendants' Motion(s) for Summary Judgment (20 pages)** | April 15, 2021 |
| **Plaintiff's Reply in support of Motion for Summary Judgment (20 pages)** | April 15, 2021 |
| **Defendants' Reply in support of Motion for Summary Judgment (15 pages)** | April 29, 2021 |
| **Hearing on Parties' Dispositive Motions** | May 13, 2021 at 10:00 a.m. PST |

**IT IS SO ORDERED.**

Dated: _____, 2020        By: _____
                                       VINCE CHHABRIA
                                       United States District Judge

-2-

[PROPOSED] ORDER GRANTING PARTIES' AMENDED STIPULATED REQUEST TO EXTEND CASE DEADLINES
CASE NO. 4:20-CV-00617-VC
LEGAL149642259.1

# **PROOF OF SERVICE**

I, Kate Johnson, declare:

I am a citizen of the United States and employed in King County, Washington. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1201 Third Avenue, Suite 4900, Seattle, WA 98101-3099.

On September 25, 2020, I electronically filed the attached document:

PROPOSED ORDER GRANTING PARTIES' AMENDED
STIPULATED REQUEST TO EXTEND CASE DEADLINES

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

| | |
|---|---|
| Edward A. Broderick<br>Broderick Law, P.C.<br>99 High Street, Suite 304<br>Boston, MA 02110<br>(617) 738-7080<br>(617) 830-0327 (fax)<br>ted@broderick-law.com | *Attorneys for Plaintiff*<br>Debora Schick |
| Jon Bernhard Fougner<br>600 California Street, 11th Floor<br>San Francisco, CA 94108<br>(415) 577-5829<br>(206) 338-0783 (fax)<br>Jon@FougnerLaw.com | *Attorneys for Plaintiff*<br>Debora Schick |
| Andrew Heidarpour<br>Heidarpour Law Firm, PLLC<br>1300 Pennsylvania Avenue NW, 190-318<br>Washington, DC 20004<br>(202) 234-2727<br>AHeidarpour@HLFirm.com | *Attorneys for Plaintiff*<br>Debora Schick |
| Matthew Passi McCue<br>The Law Office of Matthew P. McCue<br>1 South Avenue, Suite 3<br>Natick, MA 01760<br>(508) 655-1415<br>(508) 319-3077 (fax)<br>mmccue@massattorneys.net | *Attorneys for Plaintiff*<br>Debora Schick |

-3-

| | |
|---|---|
| Anthony I. Paronich<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>(617) 485-0018<br>(617) 830-0327 (fax)<br>anthony@paronichlaw.com | *Attorneys for Plaintiff*<br>Debora Schick |
| Debbie Paulerio Kirkpatrick<br>Sessions Fishman Nathan & Israel, LLP<br>1545 Hotel Circle South, Suite 150<br>San Diego, CA 92108<br>(619) 758-1891<br>(619) 296-2013 (fax)<br>dkirkpatrick@sessions.legal | *Attorneys for Defendants*<br>Driving Force Media and<br>Barry Gabster |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 25, 2020, at Seattle, Washington.

*/s/ Kate Johnson*
Kate Johnson, Legal Practice Assistant

-4-

[PROPOSED] ORDER GRANTING PARTIES' AMENDED STIPULATED REQUEST TO EXTEND CASE DEADLINES
CASE NO. 4:20-CV-00617-VC
LEGAL149642259.1