UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH SCHICK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIBER HOME LOANS, INC., et al.,<br><br>　　　　Defendants. | Case No. 20-cv-00617-VC<br><br>**ORDER DENYING NEXLEVEL'S MOTION TO DISMISS**<br><br>Re: Dkt. No. 70 |

　　　　NexLevel's motion to dismiss the claims against it is denied. Schick has alleged facts sufficient to support an inference that NexLevel, as the intermediary between Caliber and Driving Force Media, may be vicariously liable for the phone calls allegedly placed by Driving Force Media in violation of the Telephone Consumer Protection Act. *See Gomez v. Campbell-Ewald Co.*, 768 F.3d 871, 878 (9th Cir. 2014), *aff'd. sub nom Campbell-Ewald Co. v. Gomez*, 577 U.S. 153 (2016). The plausible inference of vicarious liability also supports a finding of specific personal jurisdiction. *Williams v. Yamaha Motor Co.*, 851 F.3d 1015, 1023–24 (9th Cir. 2017).

　　　　**IT IS SO ORDERED.**

Dated: December 29, 2020

_____
VINCE CHHABRIA
United States District Judge