Seth Wiener (California State Bar No. 203747)
LAW OFFICES OF SETH W. WIENER
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607
Email: seth@sethwienerlaw.com

Attorney for Defendant
NEXLEVEL DIRECT LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH SCHICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIGBER HOME LOANS, INC., NEXLEVEL DIRECT LLC, DRIVING FORCE MEDIA, AND BARRY GABSTER,<br><br>Defendants. | Case No.: 3:20-CV-00617-VC<br><br>**DEFENDANT NEXLEVEL DIRECT LLC'S ANSWER TO FIRST AMENDED COMPLAINT FOR INJUNCTION AND DAMAGES** |

Defendant NexLevel Direct LLC ("NexLevel") hereby answers the First Amended Complaint for Injunction and Damages ("Complaint") filed by Plaintiff Deborah ("Plaintiff") as follows:

**I.     INTRODUCTION**

1. The allegations in Paragraph 1 require no response because they contain Plaintiff's legal conclusions or purport to detail the statutes Plaintiff claims govern this action. To the extent a response is required, NexLevel denies the allegations.

2. NexLevel denies the allegations in Paragraph 2 to the extent they relate to NexLevel. To the extent the allegations in Paragraph 2 relate to other defendants NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2 and, therefore, denies the same.

3. In response to Paragraph 3, NexLevel admits that Caliber Home Loans entered into a settlement in the matter of *Ashack v. NexLevel Home Loans* in 2017. Except as expressly admitted herein, NexLevel denies the remaining allegations in Paragraph 3.

4. NexLevel lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 4 and, therefore, denies the same.

5. NexLevel lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 5 and, therefore, denies the same.

## II.   PARTIES

6. NexLevel admits the allegations in Paragraph 6.

7. NexLevel admits the allegations in Paragraph 7.

8. NexLevel admits the allegations in Paragraph 8.

9. NexLevel admits the allegations in Paragraph 9.

10. NexLevel admits the allegations in Paragraph 10.

11. NexLevel admits the allegations in Paragraph 11.

12. NexLevel admits the allegations in Paragraph 12.

13. NexLevel lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 13 and, therefore, denies the same.

14. NexLevel lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 14 and, therefore, denies the same.

15. NexLevel lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 15 and, therefore, denies the same.

16. NexLevel lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 16 and, therefore, denies the same.

17. NexLevel lacks knowledge or information sufficient to form a belief as to the allegations in Paragraph 17 and, therefore, denies the same.

## III.   JURISDICTION AND VENUE

18. NexLevel admits that this Court has jurisdiction over the subject matter but denies any violation of any statute or right. NexLevel denies the remaining allegations in Paragraph 18.

19.     NexLevel denies the allegations in Paragraph 19 to the extent they relate to NexLevel. To the extent the allegations in Paragraph 19 relate to other defendants NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19 and, therefore, denies the same.

20.     NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 and, therefore, denies the same.

21.     NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 and, therefore, denies the same.

## IV.    FACTS

22.     The allegations in Paragraph 22 require no response because they contain Plaintiff's legal conclusions or purport to detail the statute Plaintiff claims governs this action. To the extent a response is required, NexLevel denies the allegations.

23.     The allegations in Paragraph 23 require no response because they contain Plaintiff's legal conclusions or purport to detail the statute Plaintiff claims governs this action. To the extent a response is required, NexLevel denies the allegations.

24.     The allegations in Paragraph 24 require no response because they contain Plaintiff's legal conclusions or purport to detail the statute Plaintiff claims governs this action. To the extent a response is required, NexLevel denies the allegations.

25.     The allegations in Paragraph 25 require no response because they contain Plaintiff's legal conclusions or purport to detail the statute Plaintiff claims governs this action. To the extent a response is required, NexLevel denies the allegations.

26.     The allegations in Paragraph 26 require no response because they contain Plaintiff's legal conclusions or purport to detail the statute Plaintiff claims governs this action. To the extent a response is required, NexLevel denies the allegations.

27.     The allegations in Paragraph 27 require no response because they contain Plaintiff's legal conclusions or purport to detail the statute Plaintiff claims governs this action. To the extent a response is required, NexLevel denies the allegations.

28. The allegations in Paragraph 28 require no response because they contain Plaintiff's legal conclusions or purport to detail the statute Plaintiff claims governs this action. To the extent a response is required, NexLevel denies the allegations.

29. The allegations in Paragraph 29 require no response because they contain Plaintiff's legal conclusions or purport to detail the statute Plaintiff claims governs this action. To the extent a response is required, NexLevel denies the allegations.

30. The allegations in Paragraph 30 require no response because they contain Plaintiff's legal conclusions or purport to detail the statute Plaintiff claims governs this action. To the extent a response is required, NexLevel denies the allegations.

31. The allegations in Paragraph 31 require no response because they contain Plaintiff's legal conclusions or purport to detail the statute Plaintiff claims governs this action. To the extent a response is required, NexLevel denies the allegations.

32. The allegations in Paragraph 32 require no response because they contain Plaintiff's legal conclusions or purport to detail the statute Plaintiff claims governs this action. To the extent a response is required, NexLevel denies the allegations.

33. The allegations in Paragraph 33 require no response because they contain Plaintiff's legal conclusions or purport to detail the statute Plaintiff claims governs this action. To the extent a response is required, NexLevel denies the allegations.

34. NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34 and, therefore, denies the same.

35. NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35 and, therefore, denies the same.

36. NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 and, therefore, denies the same.

37. NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37 and, therefore, denies the same.

38. NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38 and, therefore, denies the same.

Answer

39. The allegations in Paragraph 39 require no response because they contain Plaintiff's legal conclusions or purport to detail the statute Plaintiff claims governs this action. To the extent a response is required, NexLevel denies the allegations.

40. NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40 and, therefore, denies the same.

41. NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41 and, therefore, denies the same.

42. NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42 and, therefore, denies the same.

43. NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43 and, therefore, denies the same.

44. NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44 and, therefore, denies the same.

45. NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 and, therefore, denies the same.

46. NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46 and, therefore, denies the same.

47. NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47 and, therefore, denies the same.

48. NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48 and, therefore, denies the same.

49. NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49 and, therefore, denies the same.

50. NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50 and, therefore, denies the same.

51. NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51 and, therefore, denies the same.

52. NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52 and, therefore, denies the same.

53. NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53 and, therefore, denies the same.

54. NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54 and, therefore, denies the same.

55. NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55 and, therefore, denies the same.

56. NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56 and, therefore, denies the same.

57. NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57 and, therefore, denies the same.

58. NexLevel denies the allegations in Paragraph 58 to the extent they relate to NexLevel. To the extent the allegations in Paragraph 58 relate to other defendants NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58 and, therefore, denies the same.

59. The allegations in Paragraph 59 require no response because they contain Plaintiff's legal conclusions or purport to detail the statute Plaintiff claims governs this action. To the extent a response is required, NexLevel denies the allegations.

60. The allegations in Paragraph 60 require no response because they contain Plaintiff's legal conclusions or purport to detail the statute Plaintiff claims governs this action. To the extent a response is required, NexLevel denies the allegations.

61. The allegations in Paragraph 61 require no response because they contain Plaintiff's legal conclusions or purport to detail the statute Plaintiff claims governs this action. To the extent a response is required, NexLevel denies the allegations.

62. The allegations in Paragraph 62 require no response because they contain Plaintiff's legal conclusions or purport to detail the statute Plaintiff claims governs this action. To the extent a response is required, NexLevel denies the allegations.

Answer

63. The allegations in Paragraph 63 require no response because they contain Plaintiff's legal conclusions or purport to detail the statute Plaintiff claims governs this action. To the extent a response is required, NexLevel denies the allegations.

64. NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64 and, therefore, denies the same.

65. NexLevel admits that Caliber has been sued under the TCPA and settled the *Ashack* case. Except as expressly admitted, NexLevel denies the remaining allegations in Paragraph 65.

66. NexLevel admits that it sold leads to Caliber. Except as expressly admitted, NexLevel denies the remaining allegations in Paragraph 66.

67. NexLevel denies the allegations in Paragraph 67.

68. NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68 and, therefore, denies the same.

69. NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69 and, therefore, denies the same.

70. NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70 and, therefore, denies the same.

71. The allegations in Paragraph 71 require no response because they contain Plaintiff's legal conclusions or purport to detail the statute Plaintiff claims governs this action. To the extent a response is required, NexLevel denies the allegations.

72. NexLevel denies the allegations in Paragraph 72 to the extent they relate to NexLevel. To the extent the allegations in Paragraph 72 relate to other defendants NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58 and, therefore, denies the same.

73. The allegations in Paragraph 73 require no response because they contain Plaintiff's legal conclusions or purport to detail the statute Plaintiff claims governs this action. To the extent a response is required, NexLevel denies the allegations.

74. The allegations in Paragraph 74 require no response because they contain Plaintiff's legal conclusions or purport to detail the statute Plaintiff claims governs this action. To the extent a response is required, NexLevel denies the allegations.

75. The allegations in Paragraph 75 require no response because they contain Plaintiff's legal conclusions or allegations. To the extent a response is required, NexLevel denies the allegations.

76. The allegations in Paragraph 76 require no response because they contain Plaintiff's legal conclusions or allegations. To the extent a response is required, NexLevel denies the allegations.

77. The allegations in Paragraph 77 require no response because they contain Plaintiff's legal conclusions or allegations. To the extent a response is required, NexLevel denies the allegations.

78. The allegations in Paragraph 78 require no response because they contain Plaintiff's legal conclusions or allegations. To the extent a response is required, NexLevel denies the allegations.

79. The allegations in Paragraph 79 require no response because they contain Plaintiff's legal conclusions or allegations. To the extent a response is required, NexLevel denies the allegations.

80. The allegations in Paragraph 80 require no response because they contain Plaintiff's legal conclusions or allegations. To the extent a response is required, NexLevel denies the allegations.

81. NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81 and, therefore, denies the same.

82. NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82 and, therefore, denies the same.

83. NexLevel denies the allegations in Paragraph 83 to the extent they relate to NexLevel. To the extent the allegations in Paragraph 83 relate to other defendants NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83 and, therefore, denies the same.

84. NexLevel admits the allegations in Paragraph 84.

85. The allegations in Paragraph 85 require no response because they contain Plaintiff's legal conclusions or allegations. To the extent a response is required, NexLevel denies the allegations.

86. The allegations in Paragraph 86 require no response because they contain Plaintiff's legal conclusions or allegations. To the extent a response is required, NexLevel denies the allegations.

87. The allegations in Paragraph 87 require no response because they contain Plaintiff's legal conclusions or allegations. To the extent a response is required, NexLevel denies the allegations.

88. The allegations in Paragraph 88 require no response because they contain Plaintiff's legal conclusions or allegations. To the extent a response is required, NexLevel denies the allegations.

89. The allegations in Paragraph 89 require no response because they contain Plaintiff's legal conclusions or allegations. To the extent a response is required, NexLevel denies the allegations.

90. The allegations in Paragraph 90 require no response because they contain Plaintiff's legal conclusions or allegations. To the extent a response is required, NexLevel denies the allegations.

91. The allegations in Paragraph 91 require no response because they contain Plaintiff's legal conclusions or allegations. To the extent a response is required, NexLevel denies the allegations.

92. The allegations in Paragraph 92 require no response because they contain Plaintiff's legal conclusions or allegations. To the extent a response is required, NexLevel denies the allegations.

## VI.   FIRST CLAIM FOR RELIEF

93. NexLevel incorporates by reference its responses to Paragraphs 1 through 92 above. Except as expressly admitted in such responses, NexLevel denies the allegations of Paragraph 93 and every Paragraph referenced therein.

94. NexLevel denies the allegations in Paragraph 94 to the extent they relate to NexLevel. To the extent the allegations in Paragraph 94 relate to other defendants NexLevel lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94 and, therefore, denies the same.

95. NexLevel denies the allegations in Paragraph 95.

96. NexLevel denies the allegations in Paragraph 96.

## VII.   SECOND CLAIM FOR RELIEF

97. NexLevel incorporates by reference its responses to Paragraphs 1 through 96 above. Except as expressly admitted in such responses, NexLevel denies the allegations of Paragraph 97 and every Paragraph referenced therein.

98. NexLevel denies the allegations in Paragraph 98 to the extent they relate to NexLevel. To the extent the allegations in Paragraph 98 relate to other defendants NexLevel lacks knowledge or

Answer

information sufficient to form a belief as to the truth of the allegations in Paragraph 98 and, therefore, denies the same.

99. NexLevel denies the allegations in Paragraph 99.

100. NexLevel denies the allegations in Paragraph 100.

## AFFIRMATIVE DEFENSES

In further response to the Complaint and as affirmative defenses, NexLevel alleges as follows:

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

The Complaint, and each and every cause of action alleged therein, fails to state facts that, if proven, are sufficient to constitute a cause of action upon which the requested relief may be granted against NexLevel.

### SECOND AFFIRMATIVE DEFENSE
### (Bona Fide Error)

Any wrongful conduct alleged in the Complaint was unintentional, a result of bona fide error.

### THIRD AFFIRMATIVE DEFENSE
### (Express and Implied Consent/Failure to Revoke Consent)

Plaintiff, and any putative class member, had actual, implied, and/or constructive knowledge of all acts and/or omissions alleged in the Complaint and, while conscious of those acts and/or omissions, Plaintiff and the class member gave express or implied consent to all such alleged acts and/or omissions and failed to revoke the consent.

### FOURTH AFFIRMATIVE DEFENSE
### (Waiver)

The Complaint, and each and every purported cause of action alleged therein, is barred by the doctrine of waiver.

### FIFTH AFFIRMATIVE DEFENSE
### (No Breach of Duty)

NexLevel did not directly or indirectly perform or fail to perform any acts which constitute a violation of any duty or obligation, if any, owed to Plaintiff.

## SIXTH AFFIRMATIVE DEFENSE

### (Justification)

NexLevel was justified in doing and/or omitting to do any and/or all of the acts and/or omissions alleged in the Complaint.

## SEVENTH AFFIRMATIVE DEFENSE

### (Good Faith)

The Complaint, and each and every cause of action alleged therein, is barred because NexLevel acted at all times in good faith and with good cause. NexLevel's conduct was within the reasonable expectations of the parties, and NexLevel at no time acted so as to deprive Plaintiff of any rights or to cause Plaintiff the injuries described in the Complaint, if any exist.

## EIGHTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

NexLevel alleges that the Complaint, or certain claims therein, is barred by the applicable statute of limitations.

## NINTH AFFIRMATIVE DEFENSE

### (No Damages)

NexLevel alleges that any recovery based on the allegations in the Complaint will not result in a recovery of damages.

## TENTH AFFIRMATIVE DEFENSE

### (No Willful Misconduct)

NexLevel alleges that none of the alleged wrongful conduct was done willfully or intentionally by NexLevel.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Attorneys' Fees Not Permissible)

Plaintiff, and any purported putative class member, is not entitled to recover attorneys' fees because Plaintiff, and any purported putative class member, has not set forth sufficient factual or legal basis for the recovery of attorneys' fees.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Business Relationship)**

Plaintiff's claims, and those claims of any putative class member are barred to the extent that Plaintiff, and/or the purported class member, had an established business relationship with NexLevel.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(No Malice or Harassing Intent)**

The communications complained of by Plaintiff and any purported putative class member were made without malice or wrongful intent to harass on the part of NexLevel.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(No Class Standing)**

Plaintiff is an inadequate representative of the purported class, her claims are not common or typical of those of any members of the class, and/or her claims are not appropriate for class treatment. Thus, Plaintiff lacks standing to raise some or all of the claims of the putative class.

**REQUEST FOR RELIEF**

WHEREFORE, NexLevel prays as follows:

1.  That Plaintiff take nothing by the Complaint,

2.  That NexLevel be awarded costs of suit incurred herein, including reasonable attorneys' fees if allowed by contract or statute, and

3.  For any such other and further relief as the Court deems just and proper.

Dated:  December 30, 2020         LAW OFFICES OF SETH W. WIENER

By: _____
Seth W. Wiener
Attorney for Defendant
NexLevel Direct LLC

12

Answer

**CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2020, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record.

By: _____
SETH W. WIENER

13

Answer