Anthony I. Paronich,
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

Attorney for Plaintiff Deborah Schick

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH SCHICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC., NEXLEVEL DIRECT, LLC, DRIVING FORCE MEDIA, and BARRY GABSTER,<br><br>Defendants. | Case No. 4:20-cv-00617-VC<br><br>**PARTIES' STIPULATED AMENDED REQUEST TO EXTEND CASE DEADLINES** |

Pursuant to Local Civil Rule 6-3 and 7-12, and the Court's Order for Refiling (Dkt. No. 66), Plaintiff Deborah Schick and Defendants Caliber Home Loans, Inc., NexLevel Direct, LLC, Driving Force Media and Barry Gabster ("Parties"), through their attorneys, hereby stipulate to extend the following case deadlines:

-1-

| Event | Current Deadline | New Deadline |
|---|---|---|
| **Last day to exchange Federal Rule of Civil Procedure 26(a)(2) expert witness disclosures re: parties' individual claims** | January 8, 2021 | August 6, 2021 or 30 days following the Supreme Court's decision in *Duguid v. Facebook*, whichever is earlier |
| **Last day to exchange rebuttal expert witness disclosures re: parties' individual claims** | February 12, 2021 | 30 days following the deadline for expert witness reports. |
| **Discovery Cutoff** | March 12, 2021 | April 1, 2021 |

The Parties declare the following in support of the extension:

1. WHEREAS on April 15, 2020, the Parties filed a Joint Case Management Statement and [Proposed] Order setting forth proposed case deadlines. (*See* Dkt. No. 31.)

2. WHEREAS Pursuant to the Court's Order at the April 22, 2020 Initial Case Management Conference, the Parties submitted a Supplemental Joint Case Management Statement on May 5, 2020 with a revised proposed schedule. (*See* Dkt. No. 43.)

3. WHEREAS in a Scheduling Order dated May 8, 2020, the Court adopted the scheduling order proposed in Dkt. No. 43. (*See* Dkt. No. 45.)

4. WHEREAS on July 29, 2020, the Parties submitted a Further Case Management Statement ahead of the Case Management Conference set for August 5, 2020. (*See* Dkt. No. 51.) This Case Management Statement included the fact that the "Plaintiff anticipates moving to amend her complaint by the August 3, 2020 deadline to include a defendant that discovery has revealed is involved in the calling conduct at issue, NexLevel Direct, LLC," and that the "addition of this new party may result in the parties requesting an extension of time to complete discovery under the Court's current Scheduling Order." (*Id.*)

5. WHEREAS on August 3, 2020, the Plaintiff filed a First Amended Complaint adding new defendant NexLevel Direct, LLC.

6. WHEREAS NexLevel Direct, LLC filed a motion to dismiss claiming that this Court lacked jurisdiction over them. (Dkt. No. 70).

7. WHEREAS that motion was denied on December 29, 2020. (Dkt. No. 77).

8. WHEREAS the Plaintiff issued discovery shortly thereafter to NexLevel Direct, LLC and responses are due in early February.

9. WHEREAS because there had been a newly added defendant, the parties now propose to modify the schedule to extend discovery and all remaining deadlines for the purpose of allowing time for the parties to conduct discovery.

10. WHEREAS on December 8, 2020 the United States Supreme Court heard oral argument in in *Duguid v. Facebook*, No. 19-51. Any decision that the Court issues will very likely bear on the criteria that each expert will use to evaluate whether the dialing system at issue is an ATDS.

11. NOW, THEREFORE, THE PARTIES HEREBY JOINTLY REQUEST, through their undersigned counsel of record, that the case deadlines be modified as set forth herein.

RESPECTFULLY SUBMITTED AND DATED this 7th day of January, 2021.

SO STIPULATED BY:

By: *Anthony I. Paronich*
Anthony I. Paronich, *Pro Hac Vice*
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

Edward A. Broderick, *Pro Hac Vice*
ted@broderick-law.com
BRODERICK LAW, P.C.
99 High Street, Suite 304
Boston, Massachusetts 02110
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

Matthew P. McCue, *Pro Hac Vice*
mmccue@massattorneys.net
THE LAW OFFICE OF MATTHEW P. MCCUE
1 South Avenue, Suite 3
Natick, Massachusetts 01760
Telephone: (508) 655-1415
Facsimile: (508) 319-3077

*Attorneys for Plaintiff Deborah Schick and the Proposed Classes*

PERKINS COIE LLP

By: */s/ Thomas N. Abbott*
David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
Kristine E. Kruger, Bar No. 253593
KKruger@perkinscoie.com
Thomas N. Abbott, Bar No. 245568
TAbbott@perkinscoie.com
Perkins Coie LLP
505 Howard Street, Suite 1000
San Francisco, CA  94105-3204
Telephone:  415.344.7000
Facsimile:  415.344.7050

*Attorneys for Defendant Caliber Home Loans, Inc.*

/s/ *Debbie P. Kirkpatrick*
Debbie P. Kirkpatrick
dkirkpatrick@sessions.legal
Sessions, Fishman, Nathan & Israel, LLP
1545 Hotel Circle South, Suite 150
San Diego, California 92108
Telephone: (619)758-1891

*Attorneys for Defendants Barry Gabster and Driving Force Media*

/s/ *Seth Wiener*
Seth Wiener
LAW OFFICES OF SETH W. WIENER 609 Karina Court San Ramon, CA 94582
Telephone: (925) 487-5607
Email: seth@sethwienerlaw.com
*Attorneys for Defendant NexLevel Direct LLC*

-4-