| | |
|---|---|
| 1 | Anthony I. Paronich, |
| 2 | anthony@paronichlaw.com |
|   | PARONICH LAW, P.C. |
| 3 | 350 Lincoln Street, Suite 2400 |
|   | Hingham, Massachusetts 02043 |
| 4 | Telephone: (617) 738-7080 |
|   | Facsimile: (617) 830-0327 |
| 5 | |
|   | Attorney for Plaintiff Deborah Schick |
| 6 | |

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH SCHICK, individually and on behalf of all others similarly situated, | Case No. 4:20-cv-00617-VC |
| Plaintiff, | **[PROPOSED] ORDER ON PARTIES' STIPULATED AMENDED REQUEST TO EXTEND CASE DEADLINES** |
| v. | |
| CALIBER HOME LOANS, INC., NEXLEVEL DIRECT, LLC, DRIVING FORCE MEDIA, and BARRY GABSTER, | |
| Defendants. | |

The Court adopts the following amended schedule as proposed by the parties:

| Event | Current Deadline | New Deadline |
|---|---|---|
| **Last day to exchange Federal Rule of Civil Procedure 26(a)(2) expert witness disclosures re: parties' individual claims** | January 8, 2021 | August 6, 2021 or 30 days following the Supreme Court's decision in *Duguid v. Facebook*, whichever is earlier |
| **Last day to exchange rebuttal expert witness disclosures re: parties' individual claims** | February 12, 2021 | 30 days following the deadline for expert witness reports. |
| **Discovery Cutoff** | March 12, 2021 | April 1, 2021 |

-1-

1   **IT IS SO ORDERED**

3   Dated: _____, 2021         By: _____
                                                VINCE CHHABRIA
                                                United States District Judge

-2-
PARTIES' STIPULATED AMENDED REQUEST TO EXTEND CASE DEADLINES
CASE NO. 4:20-CV-0617-VC

149642207.1