Edward A. Broderick
ted@broderick-law.com
BRODERICK LAW, P.C.
176 Federal; Street, Fifth Floor
Boston, MA 02110
Tel: (617) 738-7080
Fax: (617) 830-0327

[Additional counsel appear on the signature page]

*Attorneys for Plaintiff Deborah Schick and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH SCHICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC., NEXLEVEL DIRECT, LLC, DRIVING FORCE MEDIA, and BARRY GABSTER,<br><br>Defendants. | Case No. 3:20-cv-00617-VC<br><br>**PARTIES' STIPULATION OF DISMISSAL OF FIRST CLAIM FOR RELIEF WITH PREJUDICE PURSUANT TO FED. R. Civ. P. 41(a)(1)(A)(ii)** |

Pursuant to Fed. Ri. Civ. P. 41(a)(1)(A)(ii) Plaintiff Deborah Schick and Defendants Caliber Home Loans, Inc., NexLevel Direct, LLC, Driving Force Media and Barry Gabster ("Parties"), through their attorneys, hereby stipulate and agree to dismissal of Plaintiff's First Claim for Relief in her First Amended Complaint (Dkt. 52) for violations of the Telephone Consumer Protection Act, 47 U.S. § 227(b)(1) for Robocalling. This dismissal does not extend to Plaintiff's Second Claim for Relief.

RESPECTFULLY SUBMITTED AND DATED this 7th day of June 2021.

SO STIPULATED BY:

-1-

|   |   |
|---|---|
| 1 | By: *Edward A. Broderick* |
| 2 | Matthew P. McCue, *Pro Hac Vice* |
| 3 | mmccue@massattorneys.net<br>THE LAW OFFICE OF MATTHEW P. MCCUE |
| 4 | 1 South Avenue, Suite 3<br>Natick, Massachusetts 01760 |
| 5 | Telephone: (508) 655-1415 |
| 6 | Facsimile: (508) 319-3077 |
| 7 | Anthony I. Paronich, *Pro Hac Vice* |
| 8 | anthony@paronichlaw.com<br>PARONICH LAW, P.C. |
| 9 | 350 Lincoln Street, Suite 2400<br>Hingham, Massachusetts 02043 |
| 10 | Telephone: (617) 738-7080<br>Facsimile: (617) 830-0327 |
| 11 |  |
| 12 | Andrew W. Heidarpour, *Pro Hac Vice*<br>aheidarpour@hlfirm.com |
| 13 | HEIDARPOUR LAW FIRM, PPC<br>1300 Pennsylvania Avenue NW, 190-318 |
| 14 | Washington, District of Columbia 20004<br>Telephone: (202) 234-2727 |
| 15 |  |
| 16 | *Attorneys for Plaintiff Deborah Schick and the Proposed Classes* |
| 17 |  |
| 18 | PERKINS COIE LLP |
| 19 | By: */s/ Thomas N. Abbott*<br>David T. Biderman, Bar No. 101577 |
| 20 | DBiderman@perkinscoie.com |
| 21 | Kristine E. Kruger, Bar No. 253593<br>KKruger@perkinscoie.com |
| 22 | Thomas N. Abbott, Bar No. 245568<br>TAbbott@perkinscoie.com |
| 23 | Perkins Coie LLP |
| 24 | 505 Howard Street, Suite 1000<br>San Francisco, CA  94105-3204 |
| 25 | Telephone:  415.344.7000<br>Facsimile:  415.344.7050 |
| 26 |  |
| 27 | *Attorneys for Defendant Caliber Home Loans, Inc.* |
|  | -2- |
| 28 | PARTIES' STIPULATION OF DISMISSAL OF PLAINTIFF'S FIRST CLAIM FOR RELIEF<br>CASE NO. 4:20-CV-0617-VC |

152726258.1

*/s/ Debbie P. Kirkpatrick*
Debbie P. Kirkpatrick
dkirkpatrick@sessions.legal
Sessions, Fishman, Nathan & Israel, LLP
1545 Hotel Circle South, Suite 150
San Diego, California 92108
Telephone: (619)758-1891

*Attorneys for Defendants Barry Gabster and Driving Force Media*

*/s/ Seth W. Wiener*
Seth W. Wiener
Law Offices of Seth W. Wiener
609 Karina Court
San Ramon, CA 94582
(925) 487-5607
www.sethwienerlaw.com

*Attorneys for NexLevel Direct LLC*

## PROOF OF SERVICE

I, Edward A. Broderick, declare that on June 7, 2021 I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to all counsel of record.

Executed on June 7, 2021, in the Commonwealth of Massachusetts.

*/s/ Edward A. Broderick*
Edward A. Broderick

-3-
PARTIES' STIPULATION OF DISMISSAL OF PLAINTIFF'S FIRST CLAIM FOR RELIEF
CASE NO. 4:20-CV-0617-VC

152726258.1