James K. Schultz, Esq. (SBN 309945)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:  877/334-0661
jschultz@sessions.legal
dkirkpatrick@sessions.legal
*Attorney for Driving Force Enterprises, Inc. dba Driving Force Media and Barry Gabster*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH SCHICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>CALIBER HOME LOANS, INC., DRIVING FORCE MEDIA, and BARRY GABSTER,<br><br>Defendants. | Case No.: 3:20-CV-00617-VC<br><br>DECLARATION OF DEBBIE P. KIRKPATRICK IN SUPPORT OF OPPOSITION TO CALIBER HOME LOANS, INC.'S MOTION FOR LEAVE TO FILE CROSSCLAIMS |

I, Debbie P. Kirkpatrick, hereby declare:

1.     I am an attorney at law licensed to practice before all courts of the State of California, admitted to the United States District Court, Northern District of California, and an attorney of record in this action for Driving Force Enterprises, Inc. dba Driving Force Media ("DFM") and Barry Gabster.

2. All facts stated in the declaration are true based on my own knowledge. If called as a witness, I could testify competently to the matters set forth herein.

3. On June 17, 2020, DFM served its responses to discovery propounded by Plaintiff, a true and correct excerpt of which is attached hereto as Exhibit A.

4. DFM is defunct and on November 16, 2020, filed a Certification of Dissolution with the California Secretary of State.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of June, 2021 at San Diego, California.

     /s/Debbie P. Kirkpatrick_____
     Debbie P. Kirkpatrick

Exhibit A

James K. Schultz, Esq. (SBN 309945)
Debbie P. Kirkpatrick, Esq. (SBN 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:  877/334-0661
jschultz@sessions.legal
dkirkpatrick@sessions.legal

Attorney for Driving Force Enterprises, Inc. dba Driving Force Media and Barry Gabster

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH SCHICK, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>CALIBER HOME LOANS, INC., DRIVING FORCE MEDIA, and BARRY GABSTER,<br><br>　　　　　　Defendants. | Case No.: 3:20-CV-00617-VC<br><br>DEFENDANT DRIVING FORCE MEDIA'S RESPONSE TO PLAINTIFF'S SET OF DISCOVERY |

　　PROPOUNDING PARTY:　　Deborah Schick

　　RESPONDING PARTY:　　Driving Force Media

　　SET NUMBER:　　One

　　Defendant, Driving Force Enterprises, Inc. dba Driving Force Media ("DFM") provides the following response to Plaintiff's Set of Discovery.

DFM reserves the right to supplement this response.

**INTERROGATORY NO. 10:** Identify each PERSON involved in training YOUR employees or VENDORS regarding TELEMARKETING.  Please include in YOUR answer a brief description of PERSON's responsibilities regarding the training, and the dates training provided.

**Response:**  DFM did not provide training to its vendors.  A DFM employee provided new call center agent training.

**INTERROGATORY NO. 11:** Identify all PERSONS with knowledge relevant to claims or defenses in this case.  If YOU expect the PERSON or a human representative thereof to testify at trial, whether in your case in chief or in rebuttal, provide a summary of the expected testimony.

**Response:**   DFM objects to the request for a summary of expected trial testimony as premature; responsive information is not yet known.  Subject to and without waiving this objection, Barry Gabster, corporate representative(s) of Convoso and lead generators identified in response to Interrogatory No. 9. Mr. Gabster is represented by counsel as identified above.  DFM reserves the right to amend and/or supplement this response.

**INTERROGATORY NO. 12:** Describe your dealings (whether before or after the filing of this case) with your co-defendants and Next Level Direct.

**Response:**  DFM objects to this interrogatory as vague and ambiguous concerning the term "dealings," overbroad, and seeking information not relevant to any party's claim or defense.  Subject to and without waiving these objections: Barry Gabster is an independent contractor who provides services on behalf of DFM as a marketing executive consultant and whose primary role was sales.  DFM entered into an agreement with Next Level Direct in October 2019 to make 100 live transfers of telephone calls to Caliber Home Loans.  DFM provided live transfers of telephone

calls to Caliber Home Loans in accordance with DFM's agreement with Next Level Direct.

**INTERROGATORY NO. 13:** If a lead met the criteria of both Caliber and others, did YOU transfer it to Caliber?

**Response:** DFM objects to this interrogatory as vague and ambiguous concerning the term "criteria." Subject to and without waiving this objection, assuming "criteria" refers to loan qualification criteria: Sometimes, but not always.

**INTERROGATORY NO. 14:** If a lead met the criteria of both Caliber and others, how did YOU decide whom to transfer it to?

**Response:** DFM objects to this interrogatory as vague and ambiguous concerning the term "criteria." Subject to and without waiving this objection, assuming "criteria" refers to loan qualification criteria: Various factors determined whether a lead that met the criteria of both Caliber and others was transferred to Caliber, including the time of day; whether the daily call quota for Caliber and/or others had been met; and the state in which the lead resided.

**INTERROGATORY NO. 15:** How many new customers have you received from each of your co-defendants?

**Response:** DFM objects to this interrogatory as vague and ambiguous concerning the terms "customer" and "received from." DFM also objects to this interrogatory as seeking information not relevant to any party's claim or defense. Subject to and without waiving these objections, none.

**INTERROGATORY NO. 16:** How much revenue have you derived from new customers you received from each of your co-defendants?

**Response:** DFM objects to this interrogatory as vague and ambiguous concerning the terms "customer" and "received from." DFM also objects to this

## **CERTIFICATE OF SERVICE**

I certify that on June 17, 2020, a copy of the foregoing was sent to counsel for Plaintiff via email at Jon@FougnerLaw.com; AHeidarpour@HLFirm.com; anthony@paronichlaw.com; ted@broderick-law.com; mmccue@massattorneys.net and to counsel for Defendant Caliber Home Loans at tabbott@perkinscoie.com; dbiderman@perkinscoie.com; kkruger@perkinscoie.com.

                */s/Debbie P. Kirkpatrick*
                Debbie P. Kirkpatrick
                Attorney for Defendants
                Driving Force Enterprises, Inc. dba Driving Force Media and Barry Gabster