Anthony I. Paronich, *Pro Hac Vice*
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

[Additional counsel appear on signature page]

*Attorneys for Plaintiff Deborah Schick*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH SCHICK, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br>     v.<br><br>CALIBER HOME LOANS, INC., NEXLEVEL DIRECT LLC, DRIVING FORCE MEDIA, and BARRY GABSTER,<br><br>                     Defendants. | NO. 3:20-cv-617<br><br>**PLAINTIFF'S OPPOSITION TO MOTION FOR LEAVE TO FILE CROSSCLAIMS** |

Plaintiff Deborah Schick submits this opposition to join in the arguments raised by Defendants Driving Force Media and Barry Gabster in opposition to Caliber Home Loans, Inc's Motion for Leave to File Crossclaims, filed at Dkt. 94. Plaintiff further incorporates her argument in favor of dismissal of Driving Force Media and Barry Gabster, filed at Dkt. 87 and Dkt. 92.

RESPECTFULLY SUBMITTED AND DATED this 10th day of June, 2021.

By: *Anthony I. Paronich*
Anthony I. Paronich, *Pro Hac Vice*
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

Edward A. Broderick, *Pro Hac Vice*
ted@broderick-law.com
BRODERICK LAW, P.C.
176 Federal Street, Fifth Floor
Boston, Massachusetts 02110
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

Matthew P. McCue, *Pro Hac Vice*
mmccue@massattorneys.net
THE LAW OFFICE OF MATTHEW P. McCUE
1 South Avenue, Suite 3
Natick, Massachusetts 01760
Telephone: (508) 655-1415
Facsimile: (508) 319-3077

Andrew W. Heidarpour, *Pro Hac Vice*
aheidarpour@hlfirm.com
HEIDARPOUR LAW FIRM, PPC
1300 Pennsylvania Avenue NW, 190-318
Washington, District of Columbia 20004
Telephone: (202) 234-2727
*Attorneys for Plaintiff Deborah Schick and the*
*Proposed Classes*

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2021, the foregoing was filed using the CM/ECF system, which will automatically provide notice to all counsel of record.

*Anthony I. Paronich*
Anthony I. Paronich, *Pro Hac Vice*