1  Edward A. Broderick
   ted@broderick-law.com
2  BRODERICK LAW, P.C.
   176 Federal; Street, Fifth Floor
3  Boston, MA 02110
   Tel: (617) 738-7080
4  Fax: (617) 830-0327

5  [Additional counsel appear on the signature page]

6  *Attorneys for Plaintiff Deborah Schick and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH SCHICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIBER HOME LOANS, INC., NEXLEVEL DIRECT, LLC, DRIVING FORCE MEDIA, and BARRY GABSTER,<br><br>Defendants. | Case No. 3:20-cv-00617-VC<br><br>**PARTIES' JOINT STATEMENT IN RESPONSE TO COURT ORDER DOCKET 91** |

On June 2, 2021, the Court ordered the parties to submit a joint statement addressing whether plaintiffs TCPA claim for alleged use of an automatic telephone dialing system remain viable in light of *Facebook, Inc. v. Duguid*, 141 S.Ct. 1163 (2021). On June 7, 2021, the parties submitted a Stipulation of Dismissal of Plaintiff's First Claim for Relief Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), dismissing plaintiff's claims for alleged use of an automatic telephone dialing system with prejudice. In light of this dismissal, the parties respectfully submit that the question of continuing viability of that claim in light of *Facebook* has been rendered moot.

-1-

RESPECTFULLY SUBMITTED AND DATED this 11th day of June 2021.

SO STIPULATED BY:

By: *Edward A. Broderick*

Matthew P. McCue, *Pro Hac Vice*
mmccue@massattorneys.net
THE LAW OFFICE OF MATTHEW P. MCCUE
1 South Avenue, Suite 3
Natick, Massachusetts 01760
Telephone: (508) 655-1415
Facsimile: (508) 319-3077

Anthony I. Paronich, *Pro Hac Vice*
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 738-7080
Facsimile: (617) 830-0327

Andrew W. Heidarpour, *Pro Hac Vice*
aheidarpour@hlfirm.com
HEIDARPOUR LAW FIRM, PPC
1300 Pennsylvania Avenue NW, 190-318
Washington, District of Columbia 20004
Telephone: (202) 234-2727

*Attorneys for Plaintiff Deborah Schick and the Proposed Classes*

PERKINS COIE LLP

By: /s/ Thomas N. Abbott
David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
Kristine E. Kruger, Bar No. 253593
KKruger@perkinscoie.com
Thomas N. Abbott, Bar No. 245568
TAbbott@perkinscoie.com
Perkins Coie LLP
505 Howard Street, Suite 1000
San Francisco, CA  94105-3204
Telephone:  415.344.7000
Facsimile:  415.344.7050

*Attorneys for Defendant Caliber Home Loans, Inc.*

-2-

PARTIES' JOINT STATEMENT IN RESPONSE TO COURT ORDER DOCKET 91
CASE NO. 3:20-CV-0617-VC

|   |   |
|---|---|
| | /s/ Debbie P. Kirkpatrick |
| | Debbie P. Kirkpatrick |
| | dkirkpatrick@sessions.legal |
| | Sessions, Fishman, Nathan & Israel, LLP |
| | 1545 Hotel Circle South, Suite 150 |
| | San Diego, California 92108 |
| | Telephone: (619)758-1891 |

*Attorneys for Defendants Barry Gabster and Driving Force Media*

/s/ Seth W. Wiener
Seth W. Wiener
Law Offices of Seth W. Wiener
609 Karina Court
San Ramon, CA 94582
(925) 487-5607
www.sethwienerlaw.com

*Attorneys for NexLevel Direct LLC*

## PROOF OF SERVICE

I, Edward A. Broderick, declare that on June 10, 2021 I electronically filed the foregoing document with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to all counsel of record.

Executed on June 11, 2021, in the Commonwealth of Massachusetts.

/s/ Edward A. Broderick
Edward A. Broderick

-3-

PARTIES' JOINT STATEMENT IN RESPONSE TO COURT ORDER DOCKET 91
CASE NO. 3:20-CV-0617-VC