UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH SCHICK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIBER HOME LOANS, INC., et al.,<br><br>　　　　Defendant. | 20-cv-00617-VC<br><br>**JUDGMENT** |

The Court, having granted summary judgment for Caliber Home Loans, Inc. and NexLevel Direct, LLC, now enters judgment in favor of the defendants and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: September 14, 2021

_____
VINCE CHHABRIA
United States District Judge